UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 4:17-cr-234-RLW-27 ) ) |
| HAYDER AL FATLI, | ) ) |
| Defendant. | ) ) |

**FIRST UNOPPOSED MOTION TO CONTINUE TRIAL**

COMES NOW Defendant, Hayder Al Fatli, by and through counsel, and hereby moves this Court to continue the trial set for April 11 for 40 days. In support of this motion, Defendant states as follows:

1. Defendant intends to proceed to trial.

2. On April 11, co-Counsel for Defendant is scheduled for trial in *State of Missouri v. Quintin Morris*.

3. Defendant Morris is charged with first-degree murder and has been confined in the St. Louis County Justice Center for two years.

4. Defendant Morris' case has been set for trial on April 11 for almost ten months.

5. Because of this conflict, counsel cannot try Defendant Al Fatli's case on April 11.

6. Defendant, through counsel, has discussed this matter with Assistant United States Attorney John Ware.

7. Mr. Ware does not object to Defendant's request.

8. Defendant Al Fatli is on bond and resides in Nebraska.

9. Defendant AL Fatli has signed a speedy trial waiver, which counsel expects to receive

1

and file tomorrow, April 1.

WHEREFORE, Defendant respectfully requests this Court continue the trial set for April 11 for 40 days.

Respectfully submitted,

By: /s/ Adam D. Fein

Adam D. Fein, #52255 MO
Attorney for Defendant
120 Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332
afein@rsflawfirm.com.

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John J. Ware, Assistant United States Attorney.